UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X Docket No. 7:20-cv-1573 (VB)
NATIVIDAD MARTINEZ HERNANDEZ,

                              Plaintiff,      **DEFAULT JUDGMENT**
                                         AS TO LIABILITY ONLY
               -against-             AS AGAINST
                                      FIVE STAR BUILDERS, INC.

WARWICK PROPERTIES, INC., MJJ BUILDERS
CORP., HEADER CONSTRUCTION, INC.,
DEERFIELD COMMONS LIMITED PARTNERSHIP,
ACCESS SUPPORTS FOR LIVING, INC. and
DEERFIELD COMMONS HOUSING
DEVELOPMENT FUND COMPANY, INC.,

                              Defendants.
-----------------------------------------------------------------X
HEADER CONSTRUCTION, INC.,

                              Third-Party Plaintiff,

               -against-

A M FRAMING LLC,

                              Third-Party Defendant.
-----------------------------------------------------------------X
WARWICK PROPERTIES, INC. and MJJ BUILDERS
CORP.,

                              Second Third-Party Plaintiffs,

               -against-

A M FRAMING LLC,

                              Second Third-Party Defendant.
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/21

DEERFIELD COMMONS LIMITED PARTNERSHIP,
ACCESS: SUPPORTS FOR LIVING, INC., and
DEERFIELD COMMONS HOUSING DEVELOPMENT
FUND COMPANY, INC.,

        Third Third-Party Plaintiffs,

-against-

A M FRAMING, LLC,

        Third Third-Party Defendant.
-------------------------------------------------------------------X
A M FRAMING, LLC,

        Fourth Third-Party Plaintiff,

-against-

FIVE STAR BUILDERS, INC.

        Fourth Third-Party Defendants.
-------------------------------------------------------------------X
WARWICK PROPERTIES, INC., MJJ BUILDERS
CORP.,DEERFIELD COMMONS LIMITED
PARTNERSHIP, ACCESS: SUPPORTS FOR LIVING,
INC., and DEERFIELD COMMONS HOUSING
DEVELOPMENT FUND COMPANY, INC.,

        Fifth Third-Party Plaintiffs,

- against –

UFP NEW YORK, LLC, and BUILDERS FIRSTSOURCE, INC.,

        Fifth Third-Party Defendants.
-------------------------------------------------------------------X

    This action having been commenced on February 21, 2020, by the filing of the Summons and Complaint, a Third-Party Complaint was commenced on July 15, 2020 by filing of a Summons and Third-Party Complaint, a Second Third-Party Complaint was commenced on July 21, 2020 by filing of a Summons and Second Third-Party Complaint, a Third Third-Party Complaint was commenced on October 8, 2020 by filing of a Summons and Third Third-Party Complaint, and a Fourth Third-Party Complaint was commenced on October ??, 2020 by filing of a Summons and Fourth Third-Party Complaint naming Five Star Builders, Inc. as a Fourth Third-Party Defendant, a copy of the Summons and Fourth Third-Party Complaint by serving an agent of the New Jersey Department of Treasury on December 9, 2020, pursuant to N.J.S.A. 2A:15-30.1, an Affidavit of Service having been filed on March 26, 2021, Five Star Builders, Inc. having not answered or otherwise moved or responses with respect to the Fourth Third-Party Complaint, the time for answering or otherwise moving with respect to the

Fourth Third-Party Complaint having expired, the Clerk of the Court having issued a Certificate of Default on March 29, 2021, and Fourth Third-Party Plaintiff A M Framing, LLC having moved, by Order to Show Cause, for a default judgment pursuant to Federal Rule of Civil Procedure 55(b) and Local Civil Rule 55.2(b); it is

ORDERED, ADJUDGED, AND DECREED that Fourth Third-Party Plaintiff A M Framing, LLC shall have judgment against Five Star Builders, LLC on all counts asserted in the Fourth Third-Party Complaint as to liability. An inquest as to damages will be held at time of trial, *or at such other time as ordered by the Court.*

Dated: White Plains, New York
       6/10, 2021

SO ORDERED

Hon. Vincent L. Briccetti
United States Court District Judge

*The Clerk is directed to terminate the motion. (Doc. #189).*