UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
NATIVIDAD MARTINEZ HERNANDEZ, :
        Plaintiff, :
:
v. :
:
WARWICK PROPERTIES INC.; MJJ :
BUILDERS CORP.; HEADER :
CONSTRUCTION, INC.; DEERFIELD :
COMMONS LIMITED PARTNERSHIP; :
ACCESS:SUPPORTS FOR LIVING, INC.; :
DEERFIELD COMMONS HOUSING :
DEVELOPMENT FUND COMPANY, INC.; :
and BUILDERS FIRSTSOURCE, INC., :
        Defendants. :
--------------------------------------------------------------x

**ORDER**

20 CV 1573 (VB)

    On February 14, 2023, plaintiff moved to hold non-party Paulo Vidal in civil contempt. (Doc. #247). Plaintiff's motion and supporting papers do not indicate whether the motion was served on Paulo Vidal in accordance with SDNY Local Civil Rule 83.6(a).

    Accordingly, it is HEREBY ORDERED:

1. By February 22, 2023, plaintiff shall serve the motion, as well as of a copy of this Order and the November 10, 2022, Order to Compel Compliance with Subpoena (Doc. #239), on Paulo Vidal, and file proof of such service on the docket.

2. Oppositions to the motion are due March 8, 2023.

3. The Court will address the motion at the case management conference scheduled for April 19, 2023, at 11:30 a.m., to be held in person at the White Plains Courthouse, Courtroom 620. Mr. Vidal, if he chooses to appear at the conference, may do so in person or through counsel.

Dated: February 15, 2023
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge