UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
NATIVIDAD MARTINEZ HERNANDEZ,
            Plaintiff,

v.

WARWICK PROPERTIES INC.; MJJ
BUILDERS CORP.; HEADER
CONSTRUCTION, INC.; DEERFIELD
COMMONS LIMITED PARTNERSHIP;
ACCESS:SUPPORTS FOR LIVING, INC.;
DEERFIELD COMMONS HOUSING
DEVELOPMENT FUND COMPANY, INC.;
and BUILDERS FIRSTSOURCE, INC.,
            Defendants.
--------------------------------------------------------------x

**ORDER**

20 CV 1573 (VB)

       On June 28, 2023, the Court issued an Order directing the United States Marshal's Service (the "Marshal") to arrest and civilly commit non-party Paulo Vidal and to transport Mr. Vidal to the United States District Court for the Southern District of New York, so that plaintiff may obtain Mr. Vidal's deposition testimony at 9:00 a.m. on July 12, 2023.

       Today, the Marshal attempted to locate Paulo Vidal and execute his arrest. However, it appears from the Marshal's investigation that Mr. Vidal does not live at his last known address of 176 Ferry Street, Apt. 1, Newark, New Jersey 07105.

       The Marshal will continue to investigate where to locate and arrest Mr. Vidal.

       Accordingly, by **July 14, 2023**, plaintiff's counsel shall provide contact information for Fabio Souza (see Docs. ##247-7, 247-10) and John Jones (Doc. #256) directly to the Court. Counsel for plaintiff should call Chambers at (914) 390-4166 to make arrangements for same. The Court will forward this information to the Deputy Marshal in charge of this investigation.

       The deposition of Paulo Vidal, scheduled for July 12, 2023, at 9:00 a.m., is cancelled, and will be rescheduled upon Mr. Vidal's arrest and confinement. The Court will notify plaintiff's counsel upon such arrest and confinement.

Dated: July 11, 2023
       White Plains, NY

                                                SO ORDERED:

                                                Vincent L. Briccetti
                                                United States District Judge