UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
NATIVIDAD MARTINEZ HERNANDEZ,
              Plaintiff,

v.

WARWICK PROPERTIES INC.; MJJ
BUILDERS CORP.; HEADER
CONSTRUCTION, INC.; DEERFIELD
COMMONS LIMITED PARTNERSHIP;
ACCESS:SUPPORTS FOR LIVING, INC.;
DEERFIELD COMMONS HOUSING
DEVELOPMENT FUND COMPANY, INC.;
and BUILDERS FIRSTSOURCE, INC.,
              Defendants.
--------------------------------------------------------------x

**ORDER**

20 CV 1573 (VB)

      On April 19, 2023, the Court issued an Order holding non-party Paulo Vidal in civil contempt of the Court's Order dated November 10, 2022 (Doc. #239) and of a subpoena dated July 6, 2022. (Doc. #238-2).

      On June 28, 2023, after Mr. Vidal failed to purge his contempt, the Court issued an Order directing the United States Marshal's Service (the "Marshal") to arrest and civilly commit him. (Doc #264).

      Following an investigation, the Marshal has advised the Court it is highly unlikely that the person served with the Court's November 10, 2022, Order and the July 6, 2022, subpoena is Paulo Vidal. Indeed, it seems Paulo Vidal has likely been in Brazil since 2019.

      Accordingly, by July 21, 2023, plaintiff's counsel shall file a letter informing the Court how this case should proceed with respect to Mr. Vidal.

      The next case management conference in this case remains scheduled for September 12, 2023, at 10:00 a.m., to be held in person at the White Plains Courthouse, Courtroom 620.

Dated: July 14, 2023
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge