USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/12/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
BUILDERS FIRSTSOURCE, INC.,          :
                Cross Plaintiff,     :
                                       :     **ORDER**
v.                                   :
                                       :     20 CV 1573 (VB)
UFP NEW YORK LLC,                    :
                Cross Defendant.     :
-----------------------------------------------------------x

The Court has been advised that the remaining parties in this matter, Builders FirstSource, Inc. ("BFS") and UFP New York LLC, have reached a settlement in principle. (Doc. #289). Accordingly, it is HEREBY ORDERED:

1. By May 12, 2024, counsel shall submit either a stipulation of dismissal or a further status report on settlement.

2. BFS's pending motion for summary judgment (Doc. #281) is denied without prejudice. The Clerk is directed to terminate the motion.

Dated: April 12, 2024
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge